

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Alexandra Elizabeth Cain and Elizabeth Cain and In the Interest of G.K.C. and C.A.C., Children

No. 06-15-00071-CV

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 15-D-0231-102). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED OCTOBER 8, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk